IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NEPHTALI DE LEON, | § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No. SA-14-CV-204-XR |
| THE CITY OF SAN ANTONIO, et. al., | § | |
| *Defendants.* | § | |

**ORDER**

On this date, the Court considered Plaintiff's motion for an extension of time to file objections to the Magistrate Judge's Report and Recommendation. Doc. No. 14. More specifically, Plaintiff seeks an additional 30 days "to respond fully to the efforts to complete our extermination as a surviving 'race'." *Id.* Although it appears clear from Plaintiff's 11-page motion that he has had sufficient time to review the Magistrate's Report and Recommendation, the Court will GRANT the motion for an extension. Plaintiff's objections are now due on or before **June 24, 2014.** Plaintiff is advised that his objections should focus on establishing that he has asserted a legal cause of action as opposed to a generalized grievance. If Plaintiff is either unwilling or unable to do so, then this Court will be required to dismiss this case.

SIGNED this 30th day of May, 2014.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1