# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| NEPHTALI DE LEON, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No.  SA-14-CV-204-XR |
| § | |
| THE CITY OF SAN ANTONIO, et. al., § | |
| § | |
| *Defendants*. § | |
| § | |

## ORDER

On this date, the Court considered Plaintiff's motion for an extension of time to file objections to the Magistrate Judge's Report and Recommendation.  Doc. No. 17.  In his motion, Plaintiff seeks only to confirm that the current deadline of June 24, 2014, remains in place. *Id.* The Court reaffirms that its prior order granting Plaintiff an extension until June 24, 2014, remains in effect.

SIGNED this 11th day of June, 2014.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE